UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>USA</u>

        v.        09-mc-48-JD

<u>Anya J. Steinmetz</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 27, 2009, no objection having been filed for the reasons stated therein.

    SO ORDERED.


November 16, 2009        /s/Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:    Michael J. McCormack, AUSA